IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

: CIVIL NO: 1:18-CV-560
: JUDGE BARRETT
: MAGISTRATE JUDGE LITKOVITZ

JULIE CURRAN,

    Defendant.

### ORDER

Upon Motion of Plaintiff and for good cause shown, the time for establishing service of process upon Defendant Julie Curran is hereby extended to and including *March 15, 2019*.

IT IS SO ORDERED.

1/15/19
DATE

_Karen L. Litkovitz_
UNITED STATES MAGISTRATE JUDGE