UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | Case No. 1:18-cv-560<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| JULIE CURRAN,<br>Defendant. | **REPORT AND RECOMMENDATION** |

This matter is before the Court on plaintiff's motion for default judgment against defendant Julie Curran. (Doc. 11). Defendant has not responded to the motion.

The defendant has failed to plead or otherwise defend this action, and default was entered by the Clerk of Court on April 8, 2019. (Doc. 10). Based upon a showing that defendant has been in default for failing to appear, that defendant is not an infant or an incompetent person, and that defendant is not in the military service of the United States (*see* Doc. 11, Aff.), and upon the application of plaintiff for judgment against the defendant in the sum of $57,746.18, plaintiff's motion for default judgment should be granted.

**IT IS HEREBY RECOMMENDED** that (1) plaintiff's motion for default judgment be **GRANTED** in favor of plaintiff United States of America against defendant Julie Curran in the amount of $57,746.18 ($25,232.58 principal and $32,513.60 post judgment interest at 8.250%) through April 3, 2019; (2) plaintiff be awarded additional interest to accrue from the date of judgment at the legal interest rate in effect on the date of judgment, computed daily and compounded annually until paid in full; and (3) plaintiff be awarded costs of this action.

Date: 5/28/19

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JULIE CURRAN,
Defendant.

Case No. 1:18-cv-560
Barrett, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).